RECEIVED

AUG 1 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TAMMY WILKINSON, et al | CIVIL ACTION NO. 14-0917 |
| VERSUS | CHIEF JUDGE DEE D. DRELL |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss, doc. 6 is GRANTED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _10_ day of ___August___, 2014.

**DEE D. DRELL, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**